OPINION — AG — ** ELECTION BOARD — SALARY ** THE SECRETARY OF A COUNTY ELECTION BOARD IN A COUNTY HAVING 17,500 OR MORE REGISTERED VOTERS HAS THE AUTHORITY TO HIRE, FIRE, AND SET THE SALARY RANGE OF EMPLOYEES OF THE ELECTION BOARD, AND IT IS NOT NECESSARY THAT THE ENTIRE COUNTY ELECTION BOARD ACQUIESCE IN OR ACT WITH THE SECRETARY IN ARRIVING AT THE SALARY OF THE EMPLOYEES OR THE NUMBER THEREOF. CITE: 26 O.S. 1971 24 [26-24](A), 26 O.S. 1971 2-117 [26-2-117] (MICHAEL CAUTHRON)